# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>P. TAPIA, et al.,<br><br>        Defendants. | 1:11-cv-2103-LJO-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 10)<br><br>CLERK SHALL CLOSE CASE |

Plaintiff Ronald F. Martinez ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on December 21, 2011. (ECF No. 1.) On August 13, 2012, Plaintiff filed a request that his Complaint be voluntarily dismissed. (ECF No. 10.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:    August 21, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE