UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>P. TAPIA, et al.,<br><br>    Defendants. | 1:11-cv-2103-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF A DOCUMENT<br><br>(ECF No. 12) |

Plaintiff Ronald F. Martinez ("Plaintiff") is a state prisoner formerly proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on December 21, 2011. (ECF No. 1.) On August 13, 2012, Plaintiff filed a notice with the Court asking that his Complaint be voluntarily dismissed. (ECF No. 10.) On August 22, 2012, pursuant to Plaintiff's request and Fed. R. Civ. P. 41, the action was dismissed without prejudice. (ECF No. 11.)

On August 22, 2012, Plaintiff filed a motion to obtain a copy of an order (ECF No. 9) that had been issued in this action. (ECF No. 12.) The order had been sent to Plaintiff's address of record, but returned to the Court as undeliverable. Plaintiff explains that the address was correct and the mailing incorrectly returned as undeliverable. (Id.)

1 | Plaintiff's motion is GRANTED. The Clerk's Office shall send Plaintiff a copy of the
2 | order to show cause issued on July 3, 2012 (ECF No. 9).

5 | IT IS SO ORDERED.

6 | Dated:   January 29, 2013                   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE